# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:20–cv–01326–RGA

Mehta v. Green et al  
Assigned to: Judge Richard G. Andrews  
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 09/30/2020  
Date Terminated: 12/28/2020  
Jury Demand: Plaintiff  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question

**Plaintiff**

**Vishal Mehta**  
*derivatively on behalf of Lyft, Inc.*

represented by **Brian E. Farnan**  
Farnan LLP  
919 North Market Street  
12th Floor  
Wilmington, DE 19801  
(302) 777–0300  
Fax: (302) 777–0301  
Email: bfarnan@farnanlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael J. Farnan**  
Farnan LLP  
919 North Market Street  
12th Floor  
Wilmington, DE 19801  
302–777–0338  
Fax: 302–421–5870  
Email: mfarnan@farnanlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Logan Green**

represented by **Raymond J. DiCamillo**  
Richards, Layton & Finger, PA  
One Rodney Square  
Suite 600  
920 N. King Street  
Wilmington, DE 19801  
(302) 658–6541  
Email: dicamillo@rlf.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Zimmer**

represented by **Raymond J. DiCamillo**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian Roberts**     represented by     **Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Prashant (Sean) Aggarwal**     represented by     **Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ben Horowitz**     represented by     **Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valerie Jarrett**     represented by     **Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Lawee**     represented by     **Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hiroshi Mikitani**     represented by     **Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ann Miura–Ko**     represented by     **Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mary Agnes Wilderotter**
*(Maggie)*     represented by     **Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jonathan Christodoro**     represented by     **Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nominal Defendant**

**Lyft, Inc.**     represented by     **Raymond J. DiCamillo**
(See above for address)

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2020 | Ï 1 | COMPLAINT filed with Jury Demand against Prashant (Sean) Aggarwal, Jonathan Christodoro, Logan Green, Ben Horowitz, Valerie Jarrett, David Lawee, Lyft, Inc., Hiroshi Mikitani, Ann Miura–Ko, Brian Roberts, Mary Agnes Wilderotter, John Zimmer – Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number ADEDC–3235325.) – filed by Vishal Mehta. (Attachments: # 1 Verification, # 2 Civil Cover Sheet)(nmg) (Entered: 10/01/2020) |
| 09/30/2020 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (nmg) (Entered: 10/01/2020) |
| 09/30/2020 | Ï 3 | Summonses Issued (please complete the top portion of the form and print out for use/service). (nmg) (Entered: 10/01/2020) |
| 10/05/2020 | Ï 4 | SUMMONS Returned Executed by Vishal Mehta. Lyft, Inc. served on 10/2/2020, answer due 10/23/2020. (Farnan, Michael) (Entered: 10/05/2020) |
| 10/07/2020 | Ï | Case Assigned to Judge Richard G. Andrews. Please include the initials of the Judge (RGA) after the case number on all documents filed. (rjb) (Entered: 10/07/2020) |
| 10/22/2020 | Ï 5 | STIPULATION and Proposed Order Extending Deadline to Respond to the Complaint – filed by Prashant (Sean) Aggarwal, Jonathan Christodoro, Logan Green, Ben Horowitz, Valerie Jarrett, David Lawee, Lyft, Inc., Hiroshi Mikitani, Ann Miura–Ko, Brian Roberts, Mary Agnes Wilderotter, John Zimmer. (DiCamillo, Raymond) Modified on 10/23/2020 (nms). (Entered: 10/22/2020) |
| 10/23/2020 | Ï | SO ORDERED, re 5 STIPULATION and Proposed Order Extending Deadline to Respond to the Complaint (*Reset Answer Deadlines: Lyft, Inc. answer due 11/24/2020). Signed by Judge Richard G. Andrews on 10/23/2020. (nms) (Entered: 10/23/2020) |
| 11/20/2020 | Ï 6 | STIPULATION and Proposed Order Extending Deadline to Respond to the Complaint – filed by Prashant (Sean) Aggarwal, Jonathan Christodoro, Logan Green, Ben Horowitz, Valerie Jarrett, David Lawee, Lyft, Inc., Hiroshi Mikitani, Ann Miura–Ko, Brian Roberts, Mary Agnes Wilderotter, John Zimmer. (DiCamillo, Raymond) Modified on 11/23/2020 (nms). (Entered: 11/20/2020) |
| 11/23/2020 | Ï | SO ORDERED, re 6 STIPULATION and Proposed Order Extending Deadline to Respond to the Complaint (*Reset Answer Deadlines: Lyft, Inc. answer due 12/8/2020). Signed by Judge Richard G. Andrews on 11/23/2020. (nms) (Entered: 11/23/2020) |
| 12/04/2020 | Ï 7 | STIPULATION TO EXTEND TIME to Respond to the Complaint to December 22, 2020 – filed by Prashant (Sean) Aggarwal, Jonathan Christodoro, Logan Green, Ben Horowitz, Valerie Jarrett, David Lawee, Lyft, Inc., Hiroshi Mikitani, Ann Miura–Ko, Brian Roberts, Mary Agnes Wilderotter, John Zimmer. (DiCamillo, Raymond) (Entered: 12/04/2020) |
| 12/07/2020 | Ï | SO ORDERED, re 7 STIPULATION TO EXTEND TIME to Respond to the Complaint to December 22, 2020 (*Reset Answer Deadlines: Lyft, Inc. answer due 12/22/2020). Signed by Judge Richard G. Andrews on 12/7/2020. (nms) (Entered: 12/07/2020) |
| 12/21/2020 | Ï 8 | STIPULATION and Proposed Order Extending Deadline to Respond to the Complaint by Prashant (Sean) Aggarwal, Jonathan Christodoro, Logan Green, Ben Horowitz, Valerie Jarrett, David Lawee, Lyft, Inc., Hiroshi Mikitani, Ann Miura–Ko, Brian Roberts, Mary Agnes Wilderotter, John Zimmer. (DiCamillo, Raymond) (Entered: 12/21/2020) |
| 12/22/2020 | Ï | |

| | | |
|---|---|---|
| | | SO ORDERED, re 8 Stipulation and Proposed Order Extending Deadline to Respond to the Complaint (see Stipulation for further details). Signed by Judge Richard G. Andrews on 12/22/2020. (nms) (Entered: 12/22/2020) |
| 12/23/2020 | Ï 9 | STIPULATION And [Proposed] Order to Transfer Action to the Northern District of California, by Prashant (Sean) Aggarwal, Jonathan Christodoro, Logan Green, Ben Horowitz, Valerie Jarrett, David Lawee, Lyft, Inc., Hiroshi Mikitani, Ann Miura–Ko, Brian Roberts, Mary Agnes Wilderotter, John Zimmer. (DiCamillo, Raymond) Modified on 12/23/2020 (nms). (Entered: 12/23/2020) |
| 12/28/2020 | Ï 10 | SO ORDERED Granting 9 Stipulation and Proposed Order to Transfer Action to the Northern District of California. Signed by Judge Richard G. Andrews on 12/28/2020. (nms) (Entered: 12/28/2020) |
| 12/28/2020 | Ï | Case transferred to the United States District Court for the Northern District of California. (nms) (Entered: 12/28/2020) |